IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD D. ANDERSON,

    Petitioner,                   JUDGMENT IN A CIVIL CASE

    v.                              Case No.  15-cv-248-slc

WILLIAM POLLARD, Warden,

    Respondent.

    This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Edward Anderson's habeas corpus petition for lack of authorization as a second or successive application.

| /s/ | 3/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |