IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

2016 APR 22 AM 10: 23

PETER OPPENEER
CLERK'S DIST COURT
W.D. OF WI

EDWARD D. ANDERSON,

    Petitioner,

    v.

WILLIAM POLLARD, Warden,

    Respondent.

File Number: 15-cv-248-slc

NOTICE OF APPEAL

Notice is hereby given that Edward D. Anderson, petitioner in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dismissing petitioner Edward D. Anderson's habeas corpus petition for lack of authorization as a second or successive application entered in this action on the 29th day of March, 2016.

Dated this ___ day of April, 2016.

Respectfully Submitted,

Edward D. Anderson
Petitioner, Pro Se

#146417
Kettle Moraine Correctional Institution
P.O. Box 282
Plymouth, Wisconsin 53073-0282